UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

**Nate Erickson, et al.,**

        Plaintiffs,

v.

**Pope County, et al.,**

        Defendants.

Case No. 19-CV-3061-SRN-LIB

**PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT DISTRIBUTIONS AND MOTION FOR APPROVAL OF MINOR SETTLEMENT**

_____

Pursuant to Minn. Stat. § 573.02, Minnesota General Rules of Practice 144 and 145, and Local Rule 17.1, Plaintiffs move for approval of settlement distributions and approval of the minor settlement as described in the supporting papers.

Dated: November 16, 2022

**MADIA NEWVILLE LLC**

s/J. Ashwin Madia_____
J. Ashwin Madia, MN No. 0321187
Zane Umsted, MN No. 0398761
1850 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Phone: 612.349.2729 Fax: 612.235.3357

Email: jamadia@madianewville.com
Email: zaumsted@madianewville.com

**ATTORNEYS FOR PLAINTIFFS**