UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

|  |  |
|---|---|
| **Nate Erickson, et al.,** | Case No. 19-CV-3061-SRN-LIB |
| Plaintiffs, | **Statement Pursuant to Local Rule 5.6(d)(1)(A)(ii)** |
| v. |  |
| **Pope County, et al.,** |  |
| Defendants. |  |

_____

It is impracticable to file redacted public versions of Doc. Nos. 130-3 (Ex. D); 130-8 (Ex. I); 130-9 (Ex. K); 130-10 (Ex. L); 130-11 (Ex. M); 130-12 (Ex. Q); 130-13 (Ex. R); 130-17 (Ex. V); 130-18 (Ex. W); and 130-19 (Ex. X).

Exhibits D, K, L, M, Q, V, W, X, and Y relate to and describe the terms of a settlement agreement reached with CentraCare. The terms of that agreement, however, are confidential. It is impracticable to redact these documents for filing.

Exhibits I, L, R, W, X, and Y contain the confidential information of a minor. It is impracticable to redact them for filing.

Dated: November 16, 2022

**MADIA NEWVILLE LLC**

s/J. Ashwin Madia_____
J. Ashwin Madia, MN No. 0321187
Zane Umsted, MN No. 398761
80 S. 8th St., Ste 1850
Minneapolis, Minnesota 55402
Ph: 612.349.2729 F: 612.235.3357
Email: jamadia@madianewville.com
Email: zaumsted@madianewville.com
**ATTORNEYS FOR PLAINTIFF**